# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY DRUMMOND,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RESPIRATORY SLEEP** )<br>**SOLUTIONS DBA STRATUS** )<br>**NEURO,** )<br>)<br>Defendant. ) | **CIVIL ACTION NO.**<br><br>**1:24-cv-00072-TFM-B** |

### DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that on October 4, 2024, Defendant Respiratory Sleep Solutions, LLC, served upon Plaintiff the following discovery:

**Defendant's First Set of Interrogatories**

**Defendant's First Set of Requests for Production**

*s/ Tucker D. Crain*
Patrick D. Schach
Tucker D. Crain

Attorneys for Defendant

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone:  205.421.4700
Facsimile:   205.421.4699
pschach@littler.com
tcrain@littler.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Kira Y. Fonteneau
Lacey A. Wilson
The Workers Firm
2 North 20th Street
Suite 900
Birmingham, AL 35203
kira@theworkersfirm.com
lacey@theworkersfirm.com


                *s/ Tucker D. Crain*
                OF COUNSEL