# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY DRUMMOND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 1:24-cv-00072-TFM-B |
| | ) |
| **RESPIRATORY SLEEP SOLUTIONS DBA STRATUS NEURO,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT DETAILS

The undersigned counsel notifies the Court that her address is updated to the following:

> **THE WORKERS' FIRM, LLC**
> 2 20th St. North Suite 900
> Birmingham, AL 35203
> T: 404-382-9660 / 205-208-8022
> E: fonteneau@theworkersfirm.com

Kindly direct all communications, discovery and update your records to reflect the undersigned's current address.

Respectfully submitted on November 5, 2024.

*/s/Kira Fonteneau*
Kira Fonteneau ASB-7338-k58f
Attorney for Jeremy Drummond

OF COUNSEL:
The Workers Firm LLC
2 North 20th St, Suite 900
Birmingham, AL 35203
T. 404.382.9660

## CERTIFICATE OF SERVICE

I certify that on November 5, 2024, I filed the preceding notice using the CM/ECF system which will serve all counsel of record.

Patrick Schach
Tucker Crain
Littler Mendelson P.C.
420 20th Street North, Suite 2300
Birmingham, AL 35203
pschach@littler.com
trcrain@littler.com
Attorneys for defendant

*/s/Kira Fonteneau*
Kira Fonteneau