# Exhibit A

REPRESENTATION AGREEMENT BETWEEN
BARRETT & FARAHANY AND CLIENT

1.   INTRODUCTION

This Agreement is entered into November 19, 2021, by and between Jeremy Drummond (hereinafter called the "client") and Barrett & Farahany (hereinafter called the "attorney") to represent client's interests in .

2.   PERMISSION TO PROSECUTE CLAIM

The client hereby grants the attorney permission to undertake and perform all the necessary legal services in prosecuting said claim to a final determination, within the scope of the representation outlined above, and the attorney agrees to prosecute said claim diligently and to the best of the attorney's ability. The client agrees to promptly provide all information to the attorney requested by the attorney.

3.   ATTORNEY FEE

Client agrees to pay the legal fee in the amount equal to forty five percent of any recovery on behalf of client. If there is no recovery, no fee shall be payable to the attorneys. If the attorney obtains equitable relief on client's behalf, such as reinstatement to employment or to pension plan, the attorney is also entitled to an amount of compensation for those benefits, in an amount to be agreed upon at the time of settlement, or judgment.

4.   ATTORNEY FEES BASED ON ATTORNEY'S TIME IN THE CASE

Because this type of case permits fees to be shifted to the Defendant, calculated on the basis of the hourly rate times the number of hours (the hourly fee), the amount of any settlement will necessarily include the accrued hourly fees. As a result, the attorney will be entitled to the greater of the accrued attorneys' hourly fees or to forty percent of the total recovery. Attorney shall have the sole right to reduce the attorney's fee, in their discretion, but shall have no obligation to do so. The total recovery is defined as all sums recovered on client's behalf, including any amount paid by Defendant for attorney fees, whether separately or as part of a lump sum payment, but excluding any Court-awarded costs.

5.   COSTS & EXPENSES

Client shall be responsible for all expenses in processing said claim, including but not limited to, depositions, expert witness fees, travel expenses, and interest incurred on any and all expenses advanced, plus an administrative fee of $250 for administrative costs such as copying, scanning and for access to the client portal. If the parties agree that the costs are not paid by the client when incurred, the attorney will advance the costs and expenses which are to be reimbursed at the end of the litigation in addition to the attorney fee, as well as interest on those expenses.

6.     TERMINATION DUE TO "LACK OF MERIT"

Client understands that attorneys will investigate client's claim, and if at any time in the sole good faith judgment of the attorney it does not appear to have merit, then attorneys shall have the right to terminate this agreement. "Merit" may include attorney's evaluation of liability, damages, expenses, and/or collectability of a potential judgment.

If Attorney terminates this Agreement for a reason other than lack of merit or the Client terminates this Agreement, the firm shall be entitled to the reasonable value of all legal services rendered on the Client's behalf through the termination date and expenses incurred. The reasonable value is the greater of either the quantum merit value of services provided, or if a settlement offer has been made, forty percent of the settlements offer. Client understands and agrees that the quantum merit value is the time spent on the case times Attorney's hourly fee of $400.00. Additionally, client agrees to place a lien for costs and fees incurred by the firm on any recovery obtained, whether obtained by settlement or court action, whether obtained prior to or after the commencement of litigation, and whether obtained by the Attorney or not.

7.     DUTY TO PRESERVE EVIDENCE

Please be advised that we have a duty to preserve all potential evidence in your case, including documents, communications, electronic materials, recordings, journals, photographs, video, your cell phone (including text messages), and any other physical or nonphysical items. In the case of electronic information (such as emails and text messages or other electronic files), we may require that you give us direct access to computers, devices, and/or accounts to download such files into our file management system. If you are not sure if something is evidence for your case, please discuss with your attorney. **Do not dispose of, destroy, delete, alter, edit, or transform the evidence. The failure to preserve and retain evidence may result in legal penalties.** Deletions or changes to electronic files are easily found by computer experts.

8.     SOCIAL MEDIA

Client understands that the Defendant will be viewing and may seek to use Client's social media against the Client. Client agrees to modify all social media accounts to set them to private, and not to delete any current social media postings.

9.     BANKRUPTCY PROCEEDINGS

Client acknowledges that he/she is not currently a debtor in any bankruptcy proceeding, and that if Client decides to file a petition for bankruptcy, shall give Attorney no less than ten (10) days written notice prior to filing such petition. Client acknowledges that applying for a discharge of debts in bankruptcy without declaring the existence of a claim for money due to injury or damages can result in Client being barred from any recovery for such injury or damages.

10.    ABSENCE OF GUARANTEED RECOVERY

       No promise or representation has been made by the attorneys as to the outcome of the claim or as to what amounts, if any, client will be entitled to recover in this case.

CLIENT:

*Jeremy L Drummond (Nov 19, 2021 14:29 CST)*

Signed: Jeremy Drummond

ATTORNEYS: Barrett & Farahany

by: _____
Kira Fonteneau
Attorney at Law

Dated: November 19, 2021

# Representation Agreement -Drummond

Final Audit Report                                         2021-11-19

| | |
|---|---|
| Created: | 2021-11-19 |
| By: | Kira Fonteneau (kira@5pointslaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8q-_-WcCWxH6FcSc4_eTXhpOUIYflYlQ |

## "Representation Agreement -Drummond" History

- Document created by Kira Fonteneau (kira@5pointslaw.com)
  2021-11-19 - 8:23:41 PM GMT- IP address: 45.16.82.170

- Document emailed to Jeremy L Drummond (jeremy.l.drummond@gmail.com) for signature
  2021-11-19 - 8:24:00 PM GMT

- Email viewed by Jeremy L Drummond (jeremy.l.drummond@gmail.com)
  2021-11-19 - 8:28:08 PM GMT- IP address: 104.28.50.185

- Document e-signed by Jeremy L Drummond (jeremy.l.drummond@gmail.com)
  Signature Date: 2021-11-19 - 8:29:33 PM GMT - Time Source: server- IP address: 4.4.52.182

- Agreement completed.
  2021-11-19 - 8:29:33 PM GMT

Adobe Sign