# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY DRUMMOND,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:24-cv-00072-TFM-B |
| **RESPIRATORY SLEEP SOLUTIONS DBA STRATUS NEURO,** | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO REMOTELY ATTEND HEARING

Defendant submits this Unopposed Motion to Remotely Attend the Hearing in advance of the upcoming December 19, 2024 hearing regarding resolution of a lien. The Court ordered an in-person hearing on Plaintiff's Motion to Quash Notice of Lien filed by Plaintiff's counsel's prior law firm. [Docs. 24, 26].

This dispute does not implicate Defendant directly and Defendant has no position to advance at the hearing. To conserve resources and in the interests of justice, Defendant seeks leave for its counsel to attend the hearing remotely, either by telephone or other virtual means. The other parties do not oppose Defendant's counsel's remote attendance.

4915-1173-7602.1 / 125521-1001

        Respectfully submitted,

        *s/ Patrick D. Schach*
        Patrick D. Schach
        Tucker D. Crain

        Attorneys for Defendant

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone:  205.421.4700
Facsimile:   205.421.4699
pschach@littler.com
tcrain@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kira Y. Foneneau<br>Lacey A. Wilson<br>The Workers Firm<br>2 North 20th Street<br>Suite 900<br>Birmingham, Alabama 35203<br>kira@theworkersfirm.com<br>lacey@theworkersfirm.com | Constance Cooper<br>Barrett & Farahany<br>PO Box 530092<br>Atlanta, Georgia 30353<br>constance@justiceatwork.com |

        *s/ Patrick D. Schach*
        OF COUNSEL

4915-1173-7602.1 / 125521-1001